MEMORANDUM
TO THE HONORABLE JACK B. WEINSTEIN
SENIOR UNITED STATES DISTRICT JUDGE

RE: MORGAN, Trevis
DOCKET NO.: #CR-20-1075
<u>NOTICE OF ARREST</u>

Reference is made to the above-named releasee, who was sentenced by the Honorable Frederic Block, Senior U.S. District Judge on July 2, 2003 to 30 months custody, followed by a three year term of supervised release. The releasee's sentence followed his conviction for Unlawful Transportation of Firearms. The releasee commenced his term of supervised release on August 24, 2005 and he is scheduled to expire from supervised release on August 23, 2008. On May 10, 2006, the releasee's case was re-assigned randomly to Your Honor, as the Probation Department was informed by the Honorable Frederic Block, Senior U.S. District Judge, that he will no longer be handling any probation/supervised release matters.

The purpose of this memorandum is to advise the Court on April 22, 2006, the releasee was arrested by officers of the New York City Police Department and was charged with Driving While Intoxicated in the 1st Degree, in violation of VTL 119.20, a class U Misdemeanor. According to the arrest report, the releasee was stopped at a DWI checkpoint and was observed by the arresting officer to have the odor of an alcoholic beverage on his breath. After further investigation, it was determined the releasee's Blood Alcohol Content was beyond the legal limit. He was subsequently arrested and was released the following day. The releasee's driver's license was suspended and his next court appearance is scheduled for June 23, 2006 in Kings County Criminal Court. However, when the releasee reported to his New York State Parole Officer on April 26, 2006, he was arrested on a parole violation for having violated his curfew and incurring the new arrest. The undersigned was informed New York State Parole proceeded with their parole violation while the local matter is pending and subsequently sentenced the releasee to serve one year custody, which commenced on April 26, 2006.

In light of the New York State sentence, we are respectfully requesting no action be taken regarding the new arrest. If the Court agrees, this case will remain inactive until the releasee is released from State custody, at which point we will implement strategies regarding his substance abuse issues. However, we await the Court's decision.

Respectfully submitted,

Tony Garoppolo
Chief U.S. Probation Officer



Prepared by: _____
Lawrence F. Goldman
Senior U.S. Probation Officer

Approved by: _____
Anthony Castellano
Supervising U.S. Probation Officer

Date: June 13, 2006
LFG

**The Court Directs the Following:**

Take no action: *but follow defendant closely*

_____  6/17/06
Jack B. Weinstein         Date
Senior United States District Judge

Initiate Violation Proceeds Immediately:

_____   _____
Jack B. Weinstein          Date
Senior United States District Judge